[No. 37841-8-II.   Division Two.   January 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LAWRENCE DAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00180-8, Thomas Felnagle, J., entered June 6, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 61167-4-I.   Division One.   January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MOI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08866-2, Laura Gene Middaugh, J., entered January 22, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

[No. 61481-9-I.   Division One.   January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CHARLES FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00365-3, Catherine D. Shaffer, J., entered February 28, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Appelwick, JJ.

[Nos. 61951-9-I; 62556-0-I.   Division One.   January 11, 2010.]

*In the Matter of the Marriage of* JULEA EDWARDS, *Respondent*, and LAWRANCE EDWARDS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-3-07408-9, James A. Doerty, J., entered October 3, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Ellington, J.